UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUMLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 13-cv-02969-WHO<br><br>**ORDER REGARDING COPIES AND NEED TO FILE AMENDED COMPLAINT** |

On October 18, 2013, the Court received a letter from plaintiff Crumly. In that letter, Mr. Crumly stated that he needed another copy of Judge Spero's September 24, 2013 Report and Recommendations, which was adopted by this Court on October 11, 2013.

The Court, along with service of this Order, will provide the copies requested by Mr. Crumly.

Mr. Crumly is reminded that he must file an **Amended Complaint** that addresses each problem identified by Judge Spero by **November 8, 2013**.

**IT IS SO ORDERED**.

Dated: October 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CRUMLY,

        Plaintiff,

  v.

SOCIAL SECURITYY ADMINISTRATION
et al,

        Defendant.
                                                  /

Case Number: CV13-02969 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail. A copy of Report and Recommendation dated September 24, 2013, was also enclosed.

Robert Crumly
P.O. Box 11406
Berkeley, CA 94712

Dated: October 18, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk