Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN MENGEL, et al | Case No. 3:13-cv-02542-WHO |
|---|---|
| Plaintiffs, | **STIPULATION FOR ORDER AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE EACH SIDE TO BEAR THEIR OWN FEES AND COSTS** |
| v. | |
| CITY OF SAN LEANDRO et al | |
| Defendants. | **Hon. William H. Orrick** |

The parties acting by and through their attorneys stipulate as follows.

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the Parties stipulate that Plaintiffs may voluntarily dismiss this entire action with prejudice based on the settlement of the entire action.

The Parties agree that each party will bear its own costs and attorneys' fees, and further request that the Court Order this Stipulation.

**IT IS SO STIPULATED.**

Dated: October 15, 2013                     Bruce W. Nickerson Attorney at Law


By:    /s/ Bruce Nickerson
       Bruce W. Nickerson Esq.
       Attorneys for Plaintiffs

1

Dated: October 15, 2013                    BERTRAND, FOX & ELLIOT


                                           By:    /s/ Gregory M. Fox
                                                 Gregory M. Fox
                                                 Attorneys for Defendants
                                                 CITY OF SAN LEANDRO et al

### CERTIFICATE OF CONCURRENCE

I, Gregory M. Fox, declare:

Pursuant to Local Rule No. 5-1(i)(3) I have obtained the concurrence of Mr. Nickerson in the filing of this document to show his signature as /s/ on this pleading, which shall serve in lieu of his signature on the documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on October 17, 2013

                            */s/ Gregory M. Fox*
                            Gregory M. Fox, Esq.

### ORDER

Good cause appearing the Stipulation of the parties is SO ORDERED.

Dismissal of the entire action is Ordered with Prejudice and each side to bear their own fees and costs.

Dated: October 18, 2013            _____
                                    Honorable William H. Orrick
                                    United States District Court Judge