UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CRUMLY,

    Plaintiff,

    v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 13-cv-02969-WHO

**ORDER DISMISSING CASE**

On October 11, 2013, the Court adopted Judge Spero's September 24, 2013 Report and Recommendation. The Court dismissed plaintiff's Complaint because Mr. Crumly did not identify a statute or law that the Social Security Administration violated, and did not allege facts that would allow him to sue the Social Security Administration in this Court. Mr. Crumly was given until November 8, 2013, to file an Amended Complaint to fix those issues and warned that if he did not file an Amended Complaint by that date, the case would be dismissed for failure to prosecute. Docket No. 15.

On October 18, 2013, the Court received a letter from Mr. Crumly explaining that his copy of Judge Spero's Report and Recommendation had been lost or stolen. Docket No. 18. The Court responded by serving Mr. Crumly with another copy of Judge Spero's Order and reminding Mr. Crumly that he needed to file an Amended Complaint by November 8, 2013. Docket No. 16.

As of the date of this Order, Mr. Crumly has not filed the required Amended Complaint. Therefore, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 21, 2013

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CRUMLY,

        Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION et al,

        Defendant.

Case Number: CV13-02969 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Robert Crumly
P.O. Box 11406
Berkeley, CA 94712

Dated: November 21, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk